**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 23-CR-20136-CMA**

**UNITED STATES OF AMERICA**

**v.**

**ALEXANDRU RADU ORBULETU,**

**Defendant.**

## NOTICE ON FINAL FORFEITURE

Pursuant to 18 U.S.C. § 982(a)(2)(B) and Rule 32.2 of the Federal Rules of Criminal Procedure, the United States of America (the "United States"), by and through the undersigned Assistant United States Attorney, hereby files this Notice on Final Forfeiture:

1.      July 25, 2023, pursuant 18 U.S.C. § 982(a)(2)(B), the Court entered a Preliminary Order of Forfeiture, ECF No. 35, forfeiting, subject to third-party interests, the following property to the United States (collectively, the "Property"):

      (a)      Approximately $23,810 in United States currency

2.      Notice of the criminal forfeiture was posted on an official government internet site (www.forfeiture.gov) for a period of 30 days.  *See* Decl. of Publication, ECF No. 36; 21 U.S.C. § 853(n)(1); Fed. R. Crim. P. 32.2(b)(6).

3.      The notice described the Property and advised that any person, other than the Defendant, asserting a legal interest in the Property may petition the Court for a hearing to adjudicate the validity of that person's alleged interest, within 60 days of the first day of publication or within 30 days of receipt of notice, whichever is earlier.  Fed. R. Crim. P.

32.2(b)(6); 21 U.S.C. § 853(n)(2).

4.      The time period for filing a petition claiming an interest in the Property has expired, and no petition or claim has been filed.

5.      The Preliminary Order of Forfeiture stated that upon notice from the United States that no claims have been filed within 60 days of the first day of publication or within 30 days of receipt of notice, whichever is earlier, then the Preliminary Order of Forfeiture shall become a Final Order of Forfeiture and any duly authorized law enforcement official shall dispose of the Property in accordance with applicable law.

6.      Accordingly, the Property is now finally forfeited, and all right, title, and interest in such Property is vested in the United States.

Respectfully submitted,

MARKENZY LAPOINTE
UNITED STATES ATTORNEY

By:     */s/ Daren Grove*
        Daren Grove
        Assistant United States Attorney
        Court ID No. A5501243
        500 E. Broward Boulevard, Suite 822
        Fort Lauderdale, Florida 33394
        Telephone: (954) 660-5774
        E-mail: daren.grove@usdoj.gov

2